Request for Jurisdiction Transfer  June 11, 2025
Name of Offender: Matthew Santiago Ick

| ✎PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* 2:20-CR-000135-AB |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00233-APG-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT California | DIVISION Central |
|---|---|---|
| Mr. Matthew Santiago Ick<br>Las Vegas, Nevada 89108 | NAME OF SENTENCING JUDGE<br>Andre Birotte Jr., U.S. District Judge | |
| ✓ FILED   ☐ RECEIVED<br>☐ ENTERED   ☐ SERVED ON<br>AUG 01 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi  DEPUTY | DATES OF PROBATION/SUPERVISED RELEASE | FROM July 5, 2023 — TO July 4, 2027 |

**OFFENSE**
21 U.S.C. §§ 841, 841(b)(1)(A) - Possession with Intent to Distribute Methamphetamine
18 U.S.C. § 2(a) - Aiding and Abetting

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Ick relocated to the District of Nevada with his brother, has gainful employment and intends on remaining in the State of Nevada throughout his supervision term.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   CENTRAL   DISTRICT OF   CALIFORNIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 11, 2025                                    _/s/ Andre Birotte Jr._
Date                                             United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 8, 2025                                   _/s/_
Effective Date                                   United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: Matthew Ick**

**Case No.: TO BE ASSIGNED**

**REQUESTING ACCEPTANCE OF JURISDICTION**

July 28, 2025

TO:    United States District Judge

On October 22, 2021, Ick was sentenced in the Central District of California by the Honorable Andre Birotte Jr to 60 months custody followed by 4 years supervised release for committing the offense of Possession with Intent to Distribute Methamphetamine. Ick is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge Andre Birotte Jr, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by
Cecil McCarroll
Date: 2025.08.01
15:07:51 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by
Matthew Martinez
Date: 2025.07.28
10:58:06 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer